✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:17-CR-00013-011 (MTT) |
| **ASHLEE SHAW** | |

On August 28, 2018, Ashlee Shaw was sentenced to 120 months imprisonment for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. §841(a)(1) and §841(b)(1)(C). The Court ordered Shaw to serve three years on supervised release upon the completion of her term of imprisonment. On December 20, 2024, the term of supervision commenced after the filing of an Executive Grant of Clemency.

Ashlee Shaw has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Shaw be discharged from supervision.

Respectfully submitted,

Peter L. Martin
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____21st_____ day of _____July_____, 2026.

s/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE